# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-121 | MAGIS. NO: |
| V. <br><br> TYRONE ANTHONY WEST | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> Tyrone Anthony West | |
| DOB:     PDID: | FILED <br> JUN 1 5 2007 | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;

USING, CARRYING, AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(A)(iv); and 18:924(c)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: <br> 5/8/07 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE: <br> 5/8/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 06/15/07 | NAME AND TITLE OF ARRESTING OFFICER <br> O.L. BALDWIN <br> SDUSM / USMS | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE EXECUTED 06/15/07 | | |
| HIDTA CASE:   Yes   No (X) | | OCDETF CASE:   Yes   No (X) |