UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRONE WEST,<br><br>Defendant. | Crim. No. 07–121 (CKK) |

ORDER
(August 3, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 3rd day of August, 2007, hereby

ORDERED that Defendant's [6] Motion to Suppress Tangible Evidence is DENIED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge