CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-121 (TFH) |
| | ) | |
| TYRONE ANTHONY WEST | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on August 7, 2007 from Judge Colleen Kollar-Kotelly to Chief Judge Thomas F. Hogan by direction of the Calendar Committee.

(Chief Judge Hogan consented to transfer of this case)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Chief Judge Hogan & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk