**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 07-cr-121 (TFH) |
| | : | |
| TYRONE WEST | : | |

<u>DEFENDANT'S BOND REVIEW MOTION</u>

Tyrone West, through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. section 3142, to review his bond status in this case. In support of this motion counsel states the following:

1.    Tyrone West is before the Court charged with possession with intent to distribute 5 grams or more of cocaine base, possession with intent to distribute 100 grams or more of PCP, and using, carrying, and possessing a firearm during a drug trafficking offense.  The charges arise from the execution of a search warrant on March 2, 2007, at apartment T-2, 106 Galveston Street, SW, Washington, D.C..[1]

2.    Mr. West is a 40 year old man with no prior convictions.

3.    Mr. West is employed as a security guard at the Friendship Edison charter school.

4.    Following his arrest, Mr. West was placed in the high intensity supervision program through the Pretrial Services Agency.

5.    Mr. West has complied perfectly with the program's requirements.

6.    Mr. West's perfect compliance with H.I.S.P. is evidence that the Court can trust Mr. West to remain in the community on personal recognizance pending trial.

---

[1]Mr. West was not in the apartment at the time the warrant was executed.

<u>CONCLUSION</u>

Mr. West is not a risk of flight and poses no danger to the community. For the reasons stated, Mr. West should be released on personal recognizance with whatever reporting and drug testing conditions the Court deems appropriate.

Respectfully submitted,

_____

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing bond review motion has been sent by mail and by fax, on this _____ day of _____ 2007, to: AUSA Edward O'Connell; Office of the United States Attorney; 555 Fourth Street, NW; Washington, D.C. 20530.

_____

Nikki Lotze

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :
                                       :
            v.                         :        07-cr-121 (TFH)
                                       :
TYRONE WEST                            :

### PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this

_____ day of _____ 2007, hereby

ORDERED that the motion is granted.


                              _____
                              JUDGE HOGAN


cc:     Nikki Lotze
        Roberts & Wood
        6801 Kenilworth Avenue
        Suite 202
        Riverdale, MD 20737

        AUSA Edward O'Connell
        Office of the United States Attorney
        555 4th Street NW
        Washington, D.C. 20530

3