UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-121 (TFH) |
| | : | |
| v. | : | Status Hearing: September 11, 2007 |
| | : | |
| TYRONE A. WEST | : | |
|     Defendant. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S BOND REVIEW MOTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendant's Bond Review Motion. In support of its opposition, the government states the following:

1. The defendant was indicted in May of 2007 on charges of Possession With Intent to Distribute Five Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B)(iii), Possession With Intent to Distribute One Hundred Grams or More of Phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(A)(iv), and Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1).

2. On June 18, 2007, a combined preliminary and detention hearing was conducted before Magistrate Judge John Facciola. After finding probable cause that the defendant had committed the offenses charged in the indictment, Magistrate Judge Facciola denied the government's motion to detain the defendant without bond pending trial. Instead, Magistrate Judge Facciola allowed the defendant to remain on release, and ordered that the defendant be placed in the High Intensity Supervision Program pending trial.

3. On August 18, 2007, the defendant filed the instant Bond Review Motion (Document 13). In that motion, the defendant requests that the Court release him from his obligations of compliance with the High Intensity Supervision Program, and to allow the defendant to remained released upon his personal recognizance pending trial. In that motion, the defendant does not argue that any change of circumstances necessitate the requested change in bond status. Rather, the defendant merely states that his "perfect compliance with H.I.S.P. is evidence that the Court can trust [the defendant] to remain in the community on personal recognizance pending trial." Document 13, at p. 1, ¶ 6.

4. Motions to amend pretrial detention orders are based on relevant, new information or changed circumstances. See United States v. Ishraiteh, 59 F. Supp.160 (D. Mass.1999) (stating that upon consideration of a pretrial detention order, the trial court should consider relevant changes in circumstance); United States v. Gallo, 653 F. Supp.320, 328 (E. D. N. Y.1986). Where a movant fails to provide additional, new information or fails to proffer a change in circumstance, the trial court may properly refuse to reopen his pretrial detention hearing. See Logan v. United States, 613 F. Supp.1227, 1229 (D. Mont.1985) (holding that, absent changed circumstances, the court properly refused to grant a motion for reconsideration of court's pretrial detention order).

5. Here, the defendant fails to offer any change in circumstances or relevant, new information to support his motion for reduced conditions of release. Accordingly, his bond review motion should be denied.

WHEREFORE, the government respectfully moves this Court to DENY the defendant's Bond Review Motion.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 498-610

By:          /S/
                                          EDWARD A. O'CONNELL
                                          Assistant United States Attorney
                                          D.C. Bar No. 460-233
                                          Organized Crime and Narcotics Trafficking Section
                                          555 Fourth Street NW
                                          Room 4122
                                          Washington, DC 20530
                                          (202) 514-6997
                                          (Fax) (202) 514-8707
                                          Edward.O'Connell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-121 (TFH) |
| | : | |
| v. | : | |
| | : | |
| TYRONE A. WEST | : | |
| Defendant. | : | |

**O R D E R**

Upon consideration of the defendant's Bond Review Motion, and the government's opposition thereto, it is this _____ day of September, 2007 hereby

ORDERED that the defendant's Bond Review Motion is DENIED.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Nikki Lotze, Esq.
Roberts and Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

Edward A. O'Connell
Assistant United States Attorney
555 Fourth Street NW
Room 4122
Washington, DC 20530