U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

**FILED**

NOV 5 2007

*District of Columbia*

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

*Judiciary Center*
*555 Fourth St., NW*
*Washington, D.C. 20530*

November 2, 2007

Nikki Lotze., Esq.
Roberts & Wood
6801 Kenilworth Avenue
Riverdale, MD 20737-1331

Re: <u>United States v. Tyrone A. West</u>: 07-121 (TFH)

Dear Counsel:

This letter confirms the agreement between your client, Tyrone A. West and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. This offer will expire at the beginning of the hearing in this case scheduled for November 5, 2007 at 11:00 a.m. The terms of the offer are as follows:

<u>Tyrone West's Obligations, Acknowledgments and Waivers</u>:

1. Your client, Tyrone West agrees to admit guilt and enter a plea of guilty to Count One of the indictment now pending in this case, charging him Unlawful Possession With Intent To Distribute Five Grams or More of Cocaine Base, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B)(iii). Your client understands that pursuant to 21 U.S.C. Section 841(b)(1)(B)(iii), the charge carries a penalty of imprisonment of not less than five years and not more than forty years incarceration, and a fine of up to two million dollars, as well as a period of supervised release of at least four years. In addition, your client agrees to pay a special assessment of one hundred dollars to the Clerk of the United States District Court for the District of Columbia prior to the date of sentencing. Your client further understands that your client will be sentenced according to 18 U.S.C. Sections 3553(a) and 35539(c) through (f), upon consideration of the United States Sentencing Guidelines Manual ("Sentencing Guidelines"), which will apply to determine your client's guideline range. Your client also understands that pursuant to 18 U.S.C. Section 3571 and Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release and period of probation. Further, your client understands that if your client has two or more convictions for a crime of violence or felony drug offense, your client may be subject to the substantially higher guideline penalties provided for in the career offender statutes and provisions of the Sentencing Guidelines.

  2. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for 27.3 grams of cocaine base, also known as crack cocaine, 396.3 grams of phencyclidine, also known as PCP, and two firearms, a .357 Magnum revolver and a Tech 9, 9mm semi-automatic pistol. Your client also agrees and will acknowledge participation in the drug trafficking activities indicated in the proffer of facts as attached to this document.

  3. The Government further agrees that it will not seek an upward departure from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the terms of this paragraph apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer or Court), the Government is free under this agreement to seek an increase in the base offense level based on that post-agreement conduct.

  4. The Government further agrees that, provided your client adheres to all conditions of release placed upon him by the Court pursuant to 18 U.S.C. Section 3143, the Government will not recommend that your client be detained pending sentencing in this case.

  5. In addition, your client agrees to waive your client's interest in and not to contest the administrative forfeiture of the following property: Ruger GP100 .357 Magnum Revolver; 9 rounds of .357 caliber ammunition; 17 rounds of 44. caliber ammunition; $6,320 in U.S. currency. *The government agrees to return to Mr. West and/or an authorized designee, the jewelry, photographs,*

  6. In entering this plea of guilty, your client understands and agrees to waive certain rights *and other personal effects seized by the government* afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a juryor by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses. Your client further agrees that the District Judge should make any Sentencing Guidelines determinations. *in connection with this case.*

  7. Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. Sections 3553(a) and 3553(c) through (f), upon consideration of the <u>United States Sentencing Commission's Guidelines Manual</u>. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing.

<u>The Government's Obligations, Acknowledgments And Waivers:</u>

  8. The Government agrees that it will not oppose a sentence of incarceration at the low end of the applicable guideline. In addition, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not

intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines, 18 U.S.C. Section 3553(e), or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

9.  Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

10. The Government agrees that the base offense level for the crime to which your client is pleading guilty should be decreased by three levels based upon your client's acceptance of responsibility. Your client agrees not to seek any decreases in your client's base offense level other than those which are agreed to by the Government in this paragraph. Your client further agrees ~~not to~~ *to acknowledge* ~~to seek a downward departure from~~ the otherwise applicable guideline range established by the Sentencing Guidelines. However, this condition does not preclude your client from allocuting for a sentence in light of the decisions in <u>United States v. Booker</u> and <u>United States v. Pickett</u>, although the Government retains the right to oppose any such sentence. Your client understands and acknowledges that the position of the Government with respect to your client's base offense level, like any other recommendation made by the United States Attorney's Office at the time of sentencing, is not binding on the Probation Office or the Court, neither of which are parties to this agreement. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be grounds for your client to withdraw his plea of guilty in this case.

General Conditions:

11. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

12. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

13. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No.: 498-610

_____
EDWARD A. O'CONNELL
Assistant United States Attorney
D.C. Bar No.: 460-233
Organized Crime and Narcotics Trafficking Section
555 Fourth Street NW, Room 4122
Washington, DC 20530
(202) 514-6997

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Nikki Lotze, Esq. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 11-5-07

_____
TYRONE A. WEST
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, Tyrone A. West, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: 11/5/07

_____
NIKKI LOTZE
Attorney for Defendant Tyrone A. West