CO-526
(12/86)

FILED

⋯ 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
                                    )
            vs.                     )    Criminal No. 07-121 (TFH)
                                    )
                                    )
   Tyrone West                      )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Tyrone West
Defendant

_____
Counsel for defendant

I consent:

_____
Edw. A O'Connell
United States Attorney

Approved:

_____
Judge