UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-121-01 (TFH) |
| | : | |
| TYRONE A. WEST | : | |
| Defendant. | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits its memorandum in aid of sentencing. In support of the position taken herein, the United States proffers the following points and authorities, as well as any others that may be cited at the sentencing hearing in this matter.

*Discussion*

*The Defendant's Criminal Conduct*

On March 2, 2007, law enforcement officials applied for a Superior Court search warrant for 106 Galveston Street SW, Apartment T-2, Washington, DC. The warrant was issued by District of Columbia Superior Court Judge Richard Wertheim. That same day, at 3:10 pm, the search warrant was executed on that apartment. Since December of 2004, that apartment has been leased to the defendant, Tyrone A. West, as the sole occupant.

No one was present in the apartment when the warrant was executed. However, it was apparent to the officers and agents executing the warrant that the apartment was only occupied by

one person, and that the occupant was the defendant. All of the clothes appeared to be men's clothes and, with few exceptions, all of the paperwork in the apartment was in the name of the defendant, Tyrone West. The defendant's apartment is a one bedroom, one bathroom unit with the bathroom inside of the bedroom.

Recovered during the execution of the search warrant was a total of 27.3 grams of crack cocaine, all in the top drawer of a bedroom dresser. Several bottles of PCP were found, some in a drawer of the same dresser, some in the bedroom closet and some in the vanity of the bathroom inside the bedroom. The PCP recovered from the defendant's apartment totaled 396.3 grams. Both the crack cocaine and the PCP were submitted to the DEA where chemical analyses confirmed that the substances were crack cocaine and PCP. Also recovered from the search of the apartment were two loaded pistols, a .357 Magnum in the same dresser as the crack cocaine, and a Tech 9, 9mm pistol in a shoe box in the closet with some of the PCP.

Also recovered was $6,320 in currency, paperwork and photographs identifying the defendant, Tyrone West, and an assortment of drug paraphernalia such as numerous small ziplock bags in which crack cocaine is typically packaged for sale, numerous small glass bottles in which PCP is typically packaged for sale, measuring cups and funnels, baking soda, razor blades with residue, rubber gloves, a digital scale which is typically used to measure out saleable doses of crack cocaine, and an eye dropper which is typically used to measure saleable doses of PCP. All of the money and most of the paraphernalia was recovered either in the bedroom dressers, the bedroom closet, or in the bathroom inside of the bedroom.

The defendant acknowledges that, as the occupant of 106 Galveston Street SW, Apartment T-2, Washington, DC on March 2, 2007, he possessed the crack cocaine and PCP, and that he did

so with the intent to distribute those drugs. Moreover, the defendant also possessed the two firearms in relation to, and in furtherance of his possession with intent to distribute those drugs.

*Procedural Background*

On May 8, 2007, the Grand Jury returned a three count indictment against the defendant, charging the defendant with Unlawful Possession With Intent to Distribute Five Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii), Unlawful Possession With Intent to Distribute One Hundred Grams or More of Phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iv), and Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1).

On November 5, 2007, the defendant pled guilty to Count One of the indictment, that is, the possession with intent to distribute five grams or more of cocaine base. The defendant accepted responsibility for 27.3 grams of crack cocaine, 396.3 grams of PCP and the two firearms. The defendant's guilty plea was entered in accordance with a written plea agreement with the government. In that plea agreement, the government agreed to a three point reduction in the defendant's guidelines calculation reflecting his acceptance of responsibility for his criminal conduct. The government further agreed not to oppose a sentence at the low end of the defendant's guideline range.

*The Defendant's Guidelines Range*

The defendant's adjusted offense level for this offense is 30. Due to his acceptance of responsibility for the offense, and pursuant to his written plea agreement, the defendant is entitled

to a three point downward departure, rendering a total offense level of 27. The defendant's criminal history places him in a criminal history category of I. Accordingly, the defendant's guidelines range for the offense calls for a period of incarceration from 70 to 87 months. A five year mandatory minimum sentence is required by the statute to which the defendant pled guilty, that is, 21 U.S.C. § 841(b)(1)(B)(iii).

*Recommendation*

In accordance with the government's obligations pursuant to the plea agreement entered into with the defendant, the government recommends that the Court impose a sentence at the low end of the defendant's guideline range, that is, a period of 70 months' incarceration. Moreover, the government also recommends that the Court impose a period of supervised release of four years, and a special assessment of $100, to be paid to the Clerk of the United States District Court for the District of Columbia.

**WHEREFORE**, the United States respectfully moves that the Court to impose a sentence of seventy months' incarceration followed by four years of supervised release and a special assessment of $100, to be paid to the Clerk of the Court.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


By: _____/ S /_____
        EDWARD A. O'CONNELL
        Assistant United States Attorney
        D.C. Bar No. 460-233
        555 Fourth Street NW
        Room 3814
        Washington, DC  20530
        (202) 514-7505
        (fax) (202) 514-0477
        Edward.O'Connell@usdoj.gov