**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | 07-cr-121 (TFH) |
| v. : | |
| : | |
| TYRONE WEST : | |

DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Mr. West, by and through undersigned counsel, respectfully submits the following memorandum in aid of sentencing.[1]

The offense to which Mr. West pled guilty carries a statutory mandatory minimum of five years. A five year sentence more than adequately serves all sentencing objectives. The Court, therefore, should impose a sentence of 60 months – 10 months less than the low end of the guidelines (70 months) for which the government argues.

Mr. West is a 40 year old man with no prior convictions of any kind. For the past 10 years, he has been employed full time in positions for which he has been compensated at $11-$13 per hour. Mr. West has three children, ages 18, 12, and 11. He lives with the older two, and financially supports the youngest.

In Mr. West's own words, he got involved in drug distribution as a quick way to make money; "but it was not right." (*see* para. 16). When this offense occurred, Mr. West was facing college bills for his oldest child – who started at Cheyney University in

---

[1] Counsel apologizes for missing the filing deadline originally set by the Court a few days before the sentencing date of February 21, 2008. Counsel was at that time engaged in a lengthy trial which finally finished on February 21, 2008. Counsel spoke with assigned AUSA Edward O'Connell who informed counsel that the government would have no opposition to the filing of the instant memorandum on February 25, 2008, in light of the continuance of the sentencing to February 27, 2008.

Pennsylvania in September, 2007.  In addition, it appears that Mr. West has helped his mother pay rent, after his father and mother separated (see para 39).

For a person who has never been incarcerated before, five years away from his family will constitute adequate punishment for Mr. West's first conviction.  Had Mr. West had the good luck to be prosecuted instead in D.C. Superior Court, he could reasonably expect to be receiving a probationary sentence for his first offense.

The presentence report writer indicates that Mr. West is capable of paying a minimal fine.  Counsel asks that in lieu of the additional 10 months called for by Mr. West's advisory guidelines, and for which the government asks, the Court simply impose a fine in whatever amount the Court deems necessary to make up the difference between 60 and 70 months incarceration, and impose a sentence of 60 months incarceration.

WHEREFORE, undersigned counsel respectfully asks that the Court impose a sentence of 60 months incarceration.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave., Suite 202
Riverdale, MD 20737

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of February, 2008 to: Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

                _____/s/_____
                Nikki Lotze