Dear, Madam/Sir

Your Honor I'm writing you this letter on behalf of Tyrone A. West my children's Father my fiancé, Tyrone and I have known each other for 21yrs we have two children a Daughter 18 that's away from home in college and two sons one is 11years old and the Other son is 13 years old Tyrone has been in his children's life since day one he has Always been supportive financially and physically. Tyrone and I have alternate days off From work to take the children to their doctor's appointment, dental appointment, field Trips and parents meetings. Tyrone has never missed neither one of his children's Birthday, graduation or ceremony he takes his son's out every Saturday. Tyrone plays a Big part in my life and his children's life he is the only man they know, his sons needs a Male figure in their life. Tyrone keeps his sons on a straight path both of his sons is in Middle school and are honor roll students, his daughter is a freshman honor roll student at Her college. Tyrone helps me out a lot he takes responsibility of paying all the rent, While I take care of the children's and other responsibilities. I just started Working a part-time job two days in the week in the evenings for extra money to support Our daughter in college and weekend activities. Your Honor if you take Tyrone away from Us my family will be devastated, I will have Work two full-time jobs to support my Family. I will never have time to spend with neither one of my children's by us being a Family again we spend a lot of quality time together, it means a lot that our children have Both of their parents supporting them physically and emotionally and financially. It

Means a lot to me that Tyrone he is very active in his children's live, children acts out Everyday because of absent parents. Our children are doing so well at this time please

Your Honor do not take their father away from them. I know some people makes bad

Choices in their lives at times and Tyrone has learn from his mistakes, his oldest child she

Is scared wondering what will Happen to her father. Your honor if you going to punish

Tyrone for the crime he committee please your Honor be consider of his family.

Sincerely Yours

*M. White*
The West Family

Dear, Madam/Sir

    My name is Corisa West; I am the oldest and only daughter of Tyrone West. I am a second semester freshmen at Cheyney University of Pennsylvania. I am writing this letter on behalf of my father Tyrone West; Madam/Sir I want to first state that my father is a very exceptional man who always tend to his children needs. My father has three children two younger boys and myself. We all look up to him as a role model, and an incredible man who provides for us. From grade school to college my father has been my supporting backbone when it comes to academics; he is very bright and always tells his children to reach for the best. With the support of my father encouraging words I was able to make it out of high school an honor roll student with a cumulative grade point average of a 3.0 and continued to maintain that encouragement through college knowing that I have the support I need at home.

    In conclusion to my letter I just wanted to say that my Father is an excellent person who love his family and wouldn't put anything before them. As a man he takes care of all his responsibilities to provide for his family and put his children through school. I love my father without any doubt, so Sir/ Madam if you can find it in your heart to let my father continue to be the elegant man that he is I would gladly appreciate your generosity.

Sincerely,

Corisa West

*[signature]*