February 25, 2008

Honorable Judge
Judge Chambers
Federal Courts
333 Constitution Ave N.W.
Washington DC 2001

Dear Judge:

I am writing this letter as employer of Tyrone West. As an employee, Mr. West exhibited excellent organizational skills he is very dependable, punctual and motivated. He was a self-starter who turned out to be an asset to the company. I am deeply saddened by this unfortunate crisis because he is such a hard working individual who works well with the children.

I sincerely hope that he is fairly treated and would be able to stay home to his employment and family where he belongs.

Thank you for the opportunity to allow me to express my support for Mr. West.

Sincerely,

Officer Jones

February 25, 2008

To:   Honorable Judge
      Judge Chambers
      Federal Courts
      333 Constitution Ave N.W.
      Washington DC 2001

From: LaTina West
      6924 Diamond Court
      District Heights MD, 20747

Dear Judge:

I thank you for taking the time to read this letter. My name is LaTina West sister of Tyrone West. I'm writing to you in regards to my brother. I would like to give you a little insight on my brother on his behalf, letting you know that he is not a bad person. My brother has been a father figure for me and my siblings since he was a teenager, due to we had no father in our lives. Tyrone would make sure that our needs was meet while my mother work at night, so he made sure we ate ,and homework was done, and that all the things my mother left him in charge to do was done and I thank him so much for that him giving up his childhood to make sure we was ok.

My brother is a family man he's a good Father, Brother, Son, Co-worker, friend anyone could have. It's just us and I know he has to pay for what he has done, like I stated my brother never been a child or an adult that have been a trouble person, or ever been in any trouble. This is his first offense. I Think I speak on all the family behalf to ask for some lianas on him. We need him Home he takes my mother to and from her dialyses appointments. My mother is a diabetic and attends the doctor often which he sees her through. Your Honor My brother is working and has been maintaining HIS JOB FOR 2YRS NOW. I WOULD REALLY HOPE THAT HE WOULD NOT HAVE TO LOSE HIS JOB. He found a job that he loves.

Thank you for your time and understanding. I really hope that you consider letting Tyrone come home with his family.

Thank you,
LaTina West